**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

JERLAINE LITTLE,

                             Defendant.

------------------------------------ x

ORDER

20 Crim. 57-15 (GBD)

GEORGE B. DANIELS, United States District Judge:

A change of plea hearing is scheduled for November 2, 2021 at 9:30 a.m.

Dated: New York, New York
       October 28, 2021

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge