# LAW OFFICE OF
# LORRAINE GAULI-RUFO, ESQ.
### CERTIFIED CRIMINAL TRIAL ATTORNEY
### (LGR LAW, LLC)



NEW JERSEY OFFICE
6 POMPTON AVENUE
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
48 WALL STREET, 5TH FLOOR
NEW YORK, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

November 2, 2021

*Via ECF*
Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:** *United States v. Jerlaine Little*
20 cr 57 (GBD)

SO ORDERED

The plea is scheduled for November 2. 2021 is adjourned to November 3, 2021 at 9:30 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

Dear Judge Daniels:

With my sincere apologies to the Court, I am writing to respectfully request that the Court adjourn the plea hearing in the above matter that is scheduled for today to another date and time that is convenient for the Court. This request is due to an oversight on my part with the notification of the plea hearing date. Peter Davis, AUSA, has no objection to this request.

Respectfully submitted,
s/
Lorraine Gauli-Rufo, Esq.
*Attorney for Jerlaine Little*

CC:   Peter Davis, AUSA