LAW OFFICE OF
# LORRAINE GAULI-RUFO, ESQ.
### CERTIFIED CRIMINAL TRIAL ATTORNEY
### (LGR LAW, LLC)

NEW JERSEY OFFICE
6 POMPTON AVENUE
CEDAR GROVE, NJ 07009
(973) 239-4300



NEW YORK OFFICE
48 WALL STREET, 5TH FLOOR
NEW YORK, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

November 2, 2021

*Via ECF*
Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**SO ORDERED:**

*/s/ George B Daniels*
George B. Daniels, U.S.D.J.

Dated: **NOV 03 2021**

    **Re:**    *United States v. Jerlaine Little*
            **20 cr 57 (GBD)**

Dear Judge Daniels:

    I just want to clarify that the requested date on the previously submitted request for the plea hearing adjournment in the above matter was for Wednesday, November 10, 2021 at 9:30 am. I understand that the Court is available at that time, as is the defense and Peter Davis, AUSA on behalf of the government.

                             Respectfully submitted,
                             s/
                             Lorraine Gauli-Rufo, Esq.
                             *Attorney for Jerlaine Little*

CC:    Peter Davis, AUSA