UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

JERLAINE LITTLE,

                       Defendant.

------------------------------------- x

ORDER

20 Crim. 57-15 (GBD)

GEORGE B. DANIELS, District Judge:

Defendant Jerlaine Little's renewed motion, pursuant to 18 U.S.C. § 3142(i), for immediate release on temporary bail to address her significant health issues, (ECF 416), is DENIED.

The MDC is hereby ordered to provide Defendant Jeraine Little with immediate and appropriate medical attention.

Dated: February 3, 2022
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE