LAW OFFICE OF
# LORRAINE GAULI-RUFO, ESQ.
### CERTIFIED CRIMINAL TRIAL ATTORNEY
(LGR LAW, LLC)

NEW JERSEY OFFICE
6 POMPTON AVENUE
CEDAR GROVE, NJ 07009
(973) 239-4300



NEW YORK OFFICE
48 WALL STREET, 5TH FLOOR
NEW YORK, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

March 9, 2022

*Via ECF*
Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:** *United States v. Jerlaine Little*
20 cr 57 (GBD)

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: MAR 1 0 2022

Dear Judge Daniels:

We are submitting our sentencing submission *via* ECF today. We are respectfully seeking permission to file redacted Exhibits *via* ECF which includes photographs of Ms. Little's sons, who are minors and identifying information provided to us from people submitting character letters. Your Honor's time and consideration of this request is greatly appreciated.

Respectfully submitted,
s/
Lorraine Gauli-Rufo, Esq.
*Attorney for Jerlaine Little*

CC:    Peter Davis, AUSA