

# LGR
## LAW, LLC
### FEDERAL CRIMINAL DEFENSE

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5ᵀᴴ AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM

March 3, 2026

*Via ECF*
Hon. George B.Daniels
United States District Court Judge
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, New York 10007

**SO ORDERED:**

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: **MAR 0 3 2026**

RE: United States v. Goodman. (Jerlaine Little)
1:20-cr-00057-GBD-15

Dear Judge Daniels:

I was appointed to represent Jerlaine Little in the above captioned case pursuant to the Criminal Justice Act ("CJA"). I am respectfully seeking reappointment in this matter to seek early termination of Ms. Little's supervised release. I recently spoke with Ms. Little's US Probation Officer, Larren Riley, and I believe I have valid grounds to seek this relief. Therefore, I am submitting this letter respectfully requesting that Your Honor reappoint me in connection with that motion. On behalf of the Government, Peter Davis takes no position.

Your Honor's time and consideration to this matter is greatly appreciated.

Respectfully Submitted,

*Lorraine Gauli-Rufo*

Lorraine Gauli-Rufo, Esq.

cc: Hobson, Adam, AUSA
Davis, Peter, AUSA
Riley, Larren, USPO