**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,    :

            :

   -against-      :

            :    ORDER

JERLAINE LITTLE,     :

            :    20 Crim. 57-15 (GBD)

    Defendant.   :

            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

   Defendant's unopposed motion for early termination of supervised release is GRANTED.

Defendant's supervised release is terminated pursuant to 18 U.S.C. § 3583(e)(1).

Dated: June 15, 2026
   New York, New York

           SO ORDERED.

           _George B. Daniels_

           GEORGE B. DANIELS
           United States District Judge